

# IN THE
# TENTH COURT OF APPEALS

No. 10-22-00028-CR

## IN RE WILLIAM CHARLES WEBB

**From the 54th District Court
McLennan County, Texas
Trial Court No. 2012-678-C2**

## Original Proceeding

## MEMORANDUM OPINION

Relator's petition for writ of mandamus filed on February 1, 2022, is denied.[1]

STEVE SMITH
Justice

---

[1] Webb has already been appointed counsel to pursue a Chapter 64 motion for DNA testing and, therefore, is not entitled to a ruling on his pro se Chapter 64 motion. To compel such a ruling would be in derogation of the prohibition on hybrid representation.

Before Chief Justice Gray,
        Justice Smith,
        and Justice Wright[2]
Petition denied
Opinion delivered and filed February 23, 2022
Do not publish
[OT06]



---

[2] The Honorable Jim R. Wright, Senior Chief Justice (Retired) of the Eleventh Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. See TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003.